677 A.2d 1199

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**George H. SNYDER, III, Petitioner.**

**No. 0685 E.D. Allocatur Docket 1994.**

Supreme Court of Pennsylvania.

June 18, 1996.

AND NOW, this 18th day of June, 1996, the Petition for Allowance of Appeal is hereby GRANTED limited to the following issue: Whether a sentencing court is permitted to accept new evidence at a resentencing hearing, absent allegations of errors occurring during sentencing regarding the new evidence.